IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE SOMMA, | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
|    v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | NO. 11-7506 |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
|    Defendant. | : | |

## O R D E R

**AND NOW**, this 20th day of February, 2013, upon consideration of Plaintiff's Motion for Summary Judgment or, In the Alternative, Plaintiff's Motion for Remand (Docket No. 9), and the Response of Defendant Commissioner to Plaintiff's Request for Review (Docket No. 13), and Plaintiff's Reply (Docket No. 14), and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Docket No. 15), to which no objections were filed, **IT IS ORDERED** that:

1. The Report and Recommendation (Docket No. 15) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion (Docket No. 9) is **GRANTED IN PART** and **DENIED IN PART**;

3. The final decision of the Commissioner is **REVERSED**, and the matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation; and

4. The Clerk of the Court shall mark this case **CLOSED** for all purposes, including statistics.

                                                BY THE COURT:

                                                */s/ Gene E.K. Pratter*
                                                Gene E.K. Pratter
                                                United States District Judge